# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | § | Case No. **08-16520-JVA** |
| | § | |
| **SIEGEL, MARK** | § | Chapter 7 |
| | § | |
| | § | Judge: **Aug** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $0.83 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| OHIO BUREAU OF WORKERS COMPENSATION<br>P.O. Box 15567, Columbus, OH 43215-0567 | 16 | 0.83 |

Dated:   4/19/10                     /s/ Harold Jarnicki
                                     Case Trustee

cc:   Default List Plus:
      Ohio Bureau of Workers Compensation
      P.O. Box 15567
      Columbus, Ohio 43215-0567